Mark J. Payne (State Bar No. 157989)
mpayne@rutan.com
Kenneth J. Zielinski (State Bar No. 258555)
kzielinski@rutan.com
Seth Ort (State Bar No. 286357)
sort@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiff
M S INTERNATIONAL. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M S INTERNATIONAL, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRAMOD PATEL, an individual, ANKIT SHAH, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-00152-JVS-JPR<br><br>**DECLARATION OF KENNETH J. ZIELINSKI IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS PRAMOD PATEL AND ANKIT SHAH**<br><br>[Concurrently filed Request for Entry of Default Against Defendants] |

I, Kenneth J. Zielinski, declare as follows:

1.  I am an attorney at the law firm of Rutan & Tucker, LLP, counsel of record for Plaintiff M S International, Inc. ("MSI") in this action.  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I make this Declaration in support of MSI's Application for Default Judgment.

2.  On January 26, 2018, MSI filed its Complaint against Defendants Pramod Patel and Ankit Shah. (Dkt. No. 1).

3.  Defendants Pramod Patel and Ankit Shah (collectively "Defendants")

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
12642212.1 a08/31/18

-1-

Case No.  8:18-cv-00152-JVS-JPR
DECLARATION ISO REQUEST FOR ENTRY
OF DEFAULT AGAINST DEFENDANTS

were duly served with the Complaint and related documents on February 9, 2018. (Dkt. Nos. 11 and 12)

4. On March 26, 2018, Defendants filed a Motion to Dismiss and/or Transfer Venue under §1404.  (Dkt. No. 14).

5. On April 9, 2018, MSI timely filed its Opposition and declarations in support of its Opposition to Defendants' Motion to Dismiss and/or Transfer Venue under §1404.  (Dkt. Nos. 16-20).

6. On April 30, 2108, the Court denied Defendants' Motion to Dismiss and/or Transfer Venue under §1404.  (Dkt. Nos. 24 and 24-1).

7. Pursuant to Fed. R. Civ. P. 12(a), Defendants' response to the Complaint was due on May 14, 2018.

8. As of this filing, Defendants have not answered MSI's Complaint.

9. MSI accordingly secured the entry of default against Defendant on June 5, 2018. (Dkt. Nos. 30, 30-1, 30-2, and 31).

10. On June 10, 2018, counsel for Defendants emailed me to ask if MSI would consider setting aside the default. On June 15, 2018 I explained that, based on the ongoing harm to MSI, MSI would not set aside the default, and I asked him whether Defendants would stipulate to judgment in favor of MSI, which would help to avoid further expense and harm. Attached as Exhibit I is a true and correct copy of the June 10 and June 15, 2018 email communications.

11. To date, Defendants have not answered the complaint.  Further, to the best of my knowledge, Defendants did not respond to my questions whether Defendants would stipulate to judgment in favor of MSI.  Moreover, Defendants did not file a motion to set aside the default or give us notice of any such motion until the morning of August 31, 2018—only after my office provided notice that the instant application was to be filed.

12. May 23, 2018, Plaintiff served requests for production of documents and interrogatories to both Defendants Shah and Patel.  Discovery responses were

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
12642212.1 a08/31/18

-2-

Case No.  8:18-cv-00152-JVS-JPR
DECLARATION ISO REQUEST FOR ENTRY
OF DEFAULT AGAINST DEFENDANTS

accordingly due June 28, 2018.  To date, Defendants have not served responses to the discovery requests.  Attached as Exhibit J are true and correct copies of the discovery requests propounded by Plaintiff.

13. Defendants Patel and Shah are neither minors nor incompetent.

14. Defendants Patel and Shah are not in military service (so the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply).

15. Notice of the application for judgment has been given as required by Fed. R. Civ. P. 55(b)(2).

16. Notice of the amount of damages claimed has been given as required by Local Rule 55-2.

17. To date, my firm has billed $57,893.00 in fees, and $2,026.22 in costs.

Executed on August 31, 2018, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kenneth J. Zielinski
Kenneth J. Zielinski

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
12642212.1 a08/31/18

-3-

Case No.  8:18-cv-00152-JVS-JPR
DECLARATION ISO REQUEST FOR ENTRY
OF DEFAULT AGAINST DEFENDANTS