Brian C. Sinclair (State Bar No. 180145)
bsinclair@rutan.com
Kenneth J. Zielinski (State Bar No. 258555)
kzielinski@rutan.com
Seth Ort (State Bar No. 286357)
sort@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
M S INTERNATIONAL INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M S INTERNATIONAL, INC., an Indiana corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRAMOD PATEL, an individual, ANKIT SHAH, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:18-cv-00152-JVS-JPR<br><br>**DECLARATION OF BRIAN C. SINCLAIR IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AND AWARD OF COSTS AND REASONABLE ATTORNEYS' FEES**<br><br>**HEARING**<br><br>Date:　November 7, 2018<br>Time:　8:00 a.m.<br>Room:　10C<br>Judge:　Hon. James V. Selna |

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
13019838.3 a11/01/18

Case No. 8:18-cv-00152-JVS-JPR
DECLARATION OF BRIAN C. SINCLAIR

I, Brian C. Sinclair, hereby declare and state as follows:

1. I am an attorney at the law firm of Rutan & Tucker, LLP, counsel of record for Plaintiff M S International Inc. ("MSI") in this action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I make this Declaration in support of MSI's Application for Default Judgment. The following facts are based on my personal knowledge and my review of business records, which are kept in the ordinary course of business. If called as a witness, I could and would testify competently to these facts under oath.

2. My standard hourly rate for 2018 is $525; Mark J. Payne, who was a partner at Rutan & Tucker, had a standard hourly rate of $595 for 2018; Kenneth J. Zielinski, who is a Senior Associate, has a standard hourly rate for of $400 for 2018; Seth Ort, who is an Associate, has a standard hourly rate of $360 for 2018; Dennis Nakata, who is a paralegal and technical support specialist, has a standard hourly rate of $215 for 2018; and James Bresnen, a technical application specialist, has a standard hourly rate of $100 for 2018. It is my understanding that these rates are competitive with, or below, rates charged by similarly-situated law firms in Los Angeles and Orange counties. For example, before joining Rutan & Tucker in 2004, I worked for Morrison & Foerster, where my billing rate at the time, which was 14 years ago, was $425 per hour. Moreover, I am aware that attorneys with the same (and often less) experience than Mr. Payne and Mr. Zielinski, who work at other large, national firms in Los Angeles and Orange Counties charge higher hourly rates than the rates charged by Rutan & Tucker for employment litigation – often over $800 per hour.

3. Attached as Exhibit 1 is a firm biography for Mark Payne prior to his recent departure. This biography demonstrates that he possesses the necessary skill, experience, reputation, education, and professional accomplishment to handle employment litigation matters of the type that are the subject of this action. Attached as Exhibits 2 and 3 are firm biographies for Kenneth Zielinski and Seth Ort,

attorneys at law

2669/101660-0049
13019838.3 a11/01/18

-2-

Case No. 8:18-cv-00152-JVS-JPR
DECLARATION OF BRIAN C. SINCLAIR

reflecting that they also possess the necessary skill, experience, reputation, education, and professional accomplishment to handle employment litigation matters that are the subject of this action.

4. I have reviewed Rutan & Tucker's billing entries relating to this action. As a partner of Rutan & Tucker, I am familiar with the manner in which such bills are created and maintained at Rutan & Tucker. Each attorney and paralegal involved in this action prepared detailed time records describing their activity at or around the time the work was performed. Attached as Exhibits 4-13 are copies of the Rutan & Tucker's invoices for this action from February 13, 2018 to November 1, 2018. (Attorney-client privileged and work-product information is redacted.) These invoices set forth the time entries and amounts that Plaintiff is seeking to recover in attorneys' fees and costs. All attorney-client privileged and work-product material has been redacted from the invoices. These invoices total $82,975.87 (inclusive of costs totaling $2,541.37).

5. Based on my experience, the time reflected in Exhibits 4-13 was reasonably incurred in prosecuting this action to date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 1, 2018, at Costa Mesa, California.

_____
Brian C. Sinclair

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
13019838.3 a11/01/18

-3-

Case No. 8:18-cv-00152-JVS-JPR
DECLARATION OF BRIAN C. SINCLAIR