



# MARK PAYNE
**Partner**
Employment

---

Orange County

(714) 338-1862

MPayne@rutan.com

Mark Payne is a strong and seasoned advocate and legal advisor. His clients and peers consistently praise him as highly focused, thoughtful, dedicated, thorough and effective.

Mark has been advising and defending employers since 1992. He represents local, regional and national employers across a wide range of industries in all aspects of employment and labor law, with an emphasis on the unique challenges facing employers with operations in California.

As lead counsel, Mark has handled and successfully resolved hundreds of employment-related disputes in state and federal courts. His proven track record of litigation success makes him an effective and practical legal advisor to employers seeking to comply with the workplace rules that exist under local, state and federal laws (including, for example, wage and hour compliance and class action defense; discrimination, harassment and retaliation issues; workplace investigations; executive compensation; and traditional labor relations, including collective bargaining negotiations and grievance resolution).

Mark also has extensive experience with unfair competition claims and protection of trade secrets, helping companies to protect their information assets and resources through the use of effective policies, enforceable agreements and, when necessary, litigation.

Before he began practicing law, he distinguished himself in both his undergraduate and graduate studies. In college, he completed three major courses of study—Philosophy, Religion and Psychology. He graduated cum laude, received honors in Religion, and earned a bachelor of science degree. After college, Mark worked for two years in computer software development for the trade association industry. He then earned his Juris Doctor at the College of William & Mary, where he served as the Managing Editor for the Law Review and was admitted to the Order of the Coif after graduating in the top 5 percent of his class.

## Related Services

- Employment
- Employee Handbooks and Transactional Documents
- Employment Litigation and Government Agency Proceedings
- Employment Practices Counseling
- Traditional Labor
- Unfair Competition and Trade Secret Litigation
- Wage and Hour Litigation

## Bar & Court Admissions

- State Bar of California
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Courts for the Central, Southern, and Northern Districts of California

Exhibit 1 - Page 4

Before joining Rutan & Tucker, Mark practiced employment and labor law for eight years at Gibson, Dunn & Crutcher, a prominent international law firm. He also served in the United States District Court for the Eastern District of Virginia as a law clerk to the Honorable Rebecca Beach Smith.

Please contact Mark for a list of client references and/or representative matters.

## Awards & Honors

- Southern California "Super Lawyer"
- Southern California Corporate Counsel Edition
- Southern California "Rising Star"

## Memberships & Associations

- American Bar Association (Labor and Employment Law Section)
- Orange County Bar Association (Labor Law Section)

**Education**

- College of William and Mary, Marshall-Wythe School of Law (J.D., 1991)
- Order of the Coif
- Mary Washington College (B.S., 1986), cum laude

Copyright © 2018 Rutan & Tucker

Exhibit 1 - Page 5