



# KENNETH ZIELINSKI

**Associate**
Employment

---

Orange County

(714) 338-1876

kzielinski@rutan.com

Kenneth Zielinski handles a wide variety of employment-related litigation matters on behalf of employers, including wage and hour class actions; employment discrimination, harassment, and retaliation claims; and wrongful discharge. His practice also focuses on complex commercial litigation including contractual disputes and business torts.

After earning his law degree, Kenne joined Tressler LLP in Orange County, California where he practiced as an associate in the firm's business and corporate department. His practice focused on complex business litigation matters, where he represented a diverse group of individuals and companies.

## Areas of Expertise

- Employment Law (Litigation & Counseling)
- Wage-and-hour class actions

## Representative Matters/Cases

- Following a two-week bench trial in Orange County Superior Court, obtained a defense verdict on all eleven causes of action including wage-and-hour, overtime, and wrongful termination claims against real estate investment company and supermarket defendants.
- Represented chain of restaurants in wage-and-hour class action lawsuit, where it was successfully removed to Federal Court and defeated class certification.

## Publications

- "Let's Arbitrate – Or Not: Advantages and Disadvantages of Employment Arbitration," Orange County Business Journal, October 2015

### Related Services

- Employment
- Employment Litigation and Government Agency Proceedings
- Employment Practices Counseling
- Wage and Hour Litigation

### Bar & Court Admissions

- State Bar of California
- California State Courts
- U.S. District Court for the Central, Northern and Southern Districts of California

### Education

- Chapman University School of Law (J.D., 2008), magna cum laude
- Senior Symposium

Exhibit  2 - Page 6

## Memberships & Associations

- Orange County Bar Association
- Orange County Bar Association, Business and Corporate Section Board Member (former)
- Los Angeles County Bar Association
- Half Moon Lane Community Association Board Member

- Editor, Chapman Law Review (2007-2008)
- California State University, Fullerton (B.A., 2005), summa cum laude

---

Copyright © 2018 Rutan & Tucker

Exhibit  2 - Page 7