



# SETH ORT
**Associate**
Employment

---

Orange County

(714) 641-3459

sort@rutan.com

Seth Ort has spent his entire legal career representing employers in all aspects of employment law, including discrimination, harassment, wrongful termination, retaliation, trade secrets, and wage/hour claims. Seth works closely with clients in both litigation and counseling, handling matters such as lawsuits, administrative claims, internal investigations, employee handbooks, policy reviews, harassment training, and general advice and counsel.

Seth attended Stanford University as an undergraduate, and graduated from the UCLA School of Law. Prior to joining Rutan, he worked as an associate at both Fisher Phillips and Ogletree Deakins.

## Representative Matters

- Has won numerous cases on summary judgment, including discrimination, retaliation, and wrongful termination claims in federal and state court
- Tried two wage/hour bench trials as second chair
- Drafts all types of employee policies for California compliance
- Tries administrative hearings before the Division of Labor Standards Enforcement
- Defends clients in wage/hour class action lawsuits

## Memberships and Associations

- American Bar Association
- California Bar Association
- Orange County Bar Association
- Orange County Jewish Bar Association

### Related Services

- Employment
- Employee Handbooks and Transactional Documents
- Employment Litigation and Government Agency Proceedings
- Employment Practices Counseling
- Traditional Labor
- Wage and Hour Litigation

### Bar & Court Admissions

- State Bar of California

### Education

- University of California Los Angeles, School of Law (J.D., 2012)
- Stanford University (B.A., 2006)

Exhibit 3 - Page 8

Copyright © 2018 Rutan & Tucker

Exhibit 3 - Page 9