TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.    800045
Account No.    101660 - 0049
Billing Atty.  Ronald Oines
Date           February 13, 2018

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:
    Professional Fees      $      5,799.50
    Disbursements and Costs Advanced      0.38
**Fees and Costs Due This Invoice**      **$      5,799.88**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 4 - Page 10**

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.    800045
Account No.   101660 - 0049
Billing Atty.  Ronald Oines
Date           February 13, 2018

RE: Patel and Shah

## REMITTANCE COPY

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:

| | |
|---|---:|
| Professional Fees | $ 5,799.50 |
| Disbursements and Costs Advanced | 0.38 |
| **Fees and Costs Due This Invoice** | **$ 5,799.88** |

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit  4 - Page 11

| TAXPAYERS ACCOUNT<br>NO 95-3519027 | **RUTAN & TUCKER, LLP**<br>ATTORNEYS AT LAW |
|---|---|

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| M S International, Inc.<br>Rupesh Shah<br>2095 N. Batavia<br>Orange, CA  92865 | Invoice No.     800045<br>Account No.   101660-0049<br>Billing Atty.    Ronald Oines<br>Date              February 13, 2018<br>Page              1 |

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2018

| Date | Attorney / Description | Hours |
|---|---|---|
| 12/19/17 | Kenneth Zielinski<br>Continue to supplement draft complaint against Patel and Shah. | 0.60 |
| 01/03/18 | Mark Payne<br>Review and revise draft complaint. | 1.80 |
| 01/03/18 | Kenneth Zielinski<br>Confer with M. Payne re draft complaint against Shah and Patel; continue to supplement draft complaint; prepare analysis re ███████████████████████ ███ ; continue to review authority re same. | 1.90 |
| 01/04/18 | Mark Payne<br>Confer regarding ██████████ and ██████ ██████████ . | 0.30 |
| 01/04/18 | Kenneth Zielinski<br>Continue to prepare █████████████████ confer with M. Payne re same and other matters; continue to supplement draft complaint; review █████████████ ████████████████████████████████████ ; provide status update to client. | 4.80 |
| 01/12/18 | Kenneth Zielinski<br>Email with client re draft complaint and additional information. | 0.10 |
| 01/15/18 | Kenneth Zielinski<br>Emails with Raj Shah re draft complaint and related matters. | 0.10 |
| 01/16/18 | Mark Payne<br>Confer regarding ████████████████████████████ . | 0.40 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit  4 - Page 12

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  February 13, 2018
Patel and Shah  Invoice No. 800045
101660-0049  Page No. 2

| | | |
|---|---|---|
| 01/22/18 | Mark Payne<br>Advise R. Shah regarding ███████████████████<br>███████████████████████████. | 0.20 |
| 01/22/18 | Kenneth Zielinski<br>Continued follow-up with client re additional information needed to finalize the complaint against Patel and Shah; confer with M. Payne re same. | 0.10 |
| 01/23/18 | Mark Payne<br>Review and finalize complaint. | 0.20 |
| 01/23/18 | Kenneth Zielinski<br>Continue to supplement draft complaint in connection with ████████████████████████ ; prepare MSI's certificate of interested parties and corporate disclosure statement; continued follow-up with client re ████████████████████████ ████████████. | 1.50 |
| 01/24/18 | Kenneth Zielinski<br>Continued follow-up with Raj re ████████████ ████. | 0.10 |
| 01/26/18 | Kenneth Zielinski<br>Continued follow-up with Raj re ████████████ ██████ coordinate preparation of moving papers in connection with the anticipated filing of the complaint. | 0.60 |
| 01/29/18 | Kenneth Zielinski<br>Coordinate service of summons and complaint on Patel and Shah in Illinois. | 0.20 |
| 01/31/18 | Kenneth Zielinski<br>Attend to matters re coordination of service on defendants; provide status update to client. | 0.20 |

|  |  |  |
|---|---:|---:|
| Total Hours | 13.10 | |
| Total Professional Services | | $5,799.50 |

DISBURSEMENTS AND COSTS ADVANCED

| | |
|---|---:|
| Duplication | 0.38 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 4 - Page 13

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  February 13, 2018
Patel and Shah  Invoice No. 800045
101660-0049  Page No. 3

|  |  |
|---|---:|
| Total Disbursements | $0.38 |
| Total Current Fees and Costs | $5,799.88 |
| Prior Balance Due | $0.00 |
| Total Balance Due | $5,799.88 |

### ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $5,799.88 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 4 - Page 14**