**TAXPAYERS ACCOUNT**
**NO 95-3519027**

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

| | |
|---|---|
| Invoice No. | 802678 |
| Account No. | 101660 - 0049 |
| Billing Atty. | Ronald Oines |
| Date | March 13, 2018 |

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:

| | |  |
|---|---|---|
| Professional Fees | $ | 600.00 |
| Disbursements and Costs Advanced | | 1,349.05 |
| **Fees and Costs Due This Invoice** | **$** | **1,949.05** |

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit  5 - Page 15

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.    802678
Account No.    101660 - 0049
Billing Atty.  Ronald Oines
Date           March 13, 2018

RE: Patel and Shah

## REMITTANCE COPY

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:
Professional Fees                                    $      600.00
Disbursements and Costs Advanced                          1,349.05
**Fees and Costs Due This Invoice**                  $    1,949.05

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit  5 - Page 16

| | | |
|---|---|---|
| TAXPAYERS ACCOUNT<br>NO 95-3519027 | **RUTAN & TUCKER, LLP**<br>ATTORNEYS AT LAW | |

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| M S International, Inc.<br>Rupesh Shah<br>2095 N. Batavia<br>Orange, CA  92865 | Invoice No.    802678<br>Account No.   101660-0049<br>Billing Atty.  Ronald Oines<br>Date           March 13, 2018<br>Page           1 |

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2018

| | | | |
|---|---|---|---|
| 02/05/18 | Kenneth Zielinski | | 0.10 |
| | Continued follow-up re service of summons and complaint on Patel and Shah. | | |
| 02/07/18 | Kenneth Zielinski | | 0.20 |
| | Continue to coordinate service on Patel and Shah. | | |
| 02/08/18 | Kenneth Zielinski | | 0.20 |
| | Continue to coordinate service on Patel and Shah; provide status update to ▇▇▇▇. | | |
| 02/12/18 | Kenneth Zielinski | | 0.70 |
| | Provide status update to ▇▇▇▇; emails with CMG's counsel re ▇▇▇▇; factual investigation re ▇▇▇▇ review Feb. 12, 2018 Order and Scheduling Order from Central District; confer with M. Payne re status and strategy. | | |
| 02/13/18 | Kenneth Zielinski | | 0.30 |
| | Attend to matters re Court orders and service; continued follow-up with Patel's and Shah's counsel. | | |

|  |  |  |
|---|---|---|
| Total Hours | 1.50 | |
| Total Professional Services | | $600.00 |

DISBURSEMENTS AND COSTS ADVANCED

| | |
|---|---|
| Messenger Services | 28.50 |
| Process Service | 914.05 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit  5 - Page 17

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.                                                         March 13, 2018
Patel and Shah                                                      Invoice No. 802678
101660-0049                                                       Page No. 2

| | |
|---|---:|
| Filing Fees | 400.00 |
| Court Run | 6.50 |
| Total Disbursements | $1,349.05 |

| | |
|---|---:|
| Total Current Fees and Costs | $1,949.05 |
| Prior Balance Due | $5,799.88 |
| Total Balance Due | $7,748.93 |

### ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---:|---:|---:|---:|---:|
| $7,748.93 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 5 - Page 18**