**TAXPAYERS ACCOUNT**
**NO 95-3519027**

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

| | |
|---|---|
| Invoice No. | 805484 |
| Account No. | 101660 - 0049 |
| Billing Atty. | Ronald Oines |
| Date | April 17, 2018 |

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:
  Professional Fees                                                               $      6,935.50
**Fees and Costs Due This Invoice**                                      **$      6,935.50**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit  6 - Page 19

| | |
|---|---|
| TAXPAYERS ACCOUNT<br>NO 95-3519027 | |

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.  
Rupesh Shah  
2095 N. Batavia  
Orange, CA  92865

Invoice No.    805484  
Account No.   101660 - 0049  
Billing Atty.  Ronald Oines  
Date           April 17, 2018

RE: Patel and Shah

**REMITTANCE COPY**

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:  
    Professional Fees      $    6,935.50  
**Fees and Costs Due This Invoice**      **$    6,935.50**

**Wire Instructions**

Union Bank, N.A.  
18300 Von Karman  
Irvine, CA 92612  
ABA #: 122000496  
Swift Code: BOFCUS33MPK  
Account Number: 0630133009  
Account Name: Rutan & Tucker LLP  
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit  6 - Page 20

| | |
|---|---|
| TAXPAYERS ACCOUNT<br>NO 95-3519027 | **RUTAN & TUCKER, LLP**<br>ATTORNEYS AT LAW |

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| M S International, Inc.<br>Rupesh Shah<br>2095 N. Batavia<br>Orange, CA  92865 | Invoice No.   805484<br>Account No.   101660-0049<br>Billing Atty.   Ronald Oines<br>Date           April 17, 2018<br>Page           1 |

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2018

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/01/18 | Kenneth Zielinski | Provide status update to ▮. | 0.10 |
| 03/05/18 | Kenneth Zielinski | Email with Patel and Shah's counsel re responsive pleading matters. | 0.10 |
| 03/06/18 | Kenneth Zielinski | Review file materials and follow-up with Patel's and Shah's counsel re responsive pleading matters. | 0.20 |
| 03/07/18 | Kenneth Zielinski | Continued follow-up with Patel's and Shah's counsel re responsive pleading matters; provide status update ▮▮. | 0.40 |
| 03/08/18 | Kenneth Zielinski | Continued follow-up with Patel's and Shah's counsel re responsive pleading matters. | 0.10 |
| 03/09/18 | Mark Payne | Confer and advise regarding ▮▮▮▮. | 0.30 |
| 03/12/18 | Mark Payne | Review, revise and comment on draft cease/desist letter to A. Shah. | 0.30 |
| 03/12/18 | Kenneth Zielinski | Review file materials and Draft cease and desist letter to Patel's and Shah's counsel; follow-up with client re ▮. | 1.00 |
| 03/15/18 | Kenneth Zielinski | Follow-up with Patel's and Shah's counsel in response | 0.20 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit  6 - Page 21

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  April 17, 2018
Patel and Shah  Invoice No. 805484
101660-0049  Page No. 2

---

           to MSI's cease and desist follow-up letter; emails with client re same.

| | | |
|---|---|---|
| 03/22/18 | Kenneth Zielinski | 1.20 |

           Continued follow-up with Defendants' counsel re anticipated motion to dismiss; review file materials in connection with meet and confer discussion with Defendants' counsel.

| | | |
|---|---|---|
| 03/26/18 | Kenneth Zielinski | 0.10 |

           Confer with M. Payne re [REDACTED].

| | | |
|---|---|---|
| 03/27/18 | Mark Payne | 0.30 |

           Initial review of defendant's motion to dismiss or transfer venue.

| | | |
|---|---|---|
| 03/27/18 | Kenneth Zielinski | 0.40 |

           Review and analyze Defendants' motion to dismiss and declarations in support, in preparation for opposition to same.

| | | |
|---|---|---|
| 03/28/18 | Kenneth Zielinski | 4.90 |

           Provide status update to client re [REDACTED]; continue to review motion in connection with preparing opposition to the same; emails with Defendants' counsel re Rule 26(f) conference; [REDACTED] prepare MSI's memorandum of points and authorities in opposition to Defendants' motion.

| | | |
|---|---|---|
| 03/29/18 | Kenneth Zielinski | 5.50 |

           Continue to supplement MSI's memorandum of points and authority in opposition to Defendants' motion to dismiss; review [REDACTED]; prepare memorandum of points and authority in opposition to the same.

| | | |
|---|---|---|
| 03/30/18 | Kenneth Zielinski | 1.80 |

           Continue to supplement MSI's memorandum of points and authorities in opposition to Defendant's motion to dismiss or, in the alternative, motion to transfer venue.

| | | |
|---|---|---|
| | Total Hours | 16.90 |
| | Total Professional Services | $6,935.50 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 6 - Page 22**

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  April 17, 2018
Patel and Shah  Invoice No. 805484
101660-0049  Page No. 3

| | | |
|---|---:|---:|
| Total Current Fees | | $6,935.50 |
| Previous Balance Due | 7,748.93 | |
| Payments and Adjustments | (7,748.93) | |
| Prior Balance Due | | $0.00 |
| Total Balance Due | | $6,935.50 |

### ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---:|---:|---:|---:|---:|
| $6,935.50 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 6 - Page 23