**TAXPAYERS ACCOUNT**
**NO 95-3519027**

# R<small>UTAN</small> & T<small>UCKER</small>, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| M S International, Inc.<br>Rupesh Shah<br>2095 N. Batavia<br>Orange, CA  92865 | Invoice No.   807935<br>Account No.   101660 - 0049<br>Billing Atty.   Ronald Oines<br>Date          May 14, 2018 |

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:
  Professional Fees                                    $   15,909.50
  Disbursements and Costs Advanced                             30.50
  **Fees and Costs Due This Invoice**                  **$   15,940.00**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

---

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 7 - Page 24

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

| | |
|---|---|
| Invoice No. | 807935 |
| Account No. | 101660 - 0049 |
| Billing Atty. | Ronald Oines |
| Date | May 14, 2018 |

RE: Patel and Shah

**REMITTANCE COPY**

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:
    Professional Fees     $     15,909.50
    Disbursements and Costs Advanced     30.50
**Fees and Costs Due This Invoice**     $     **15,940.00**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 7 - Page 25

| TAXPAYERS ACCOUNT | **RUTAN & TUCKER, LLP** |
|---|---|
| NO 95-3519027 | ATTORNEYS AT LAW |

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.  
Rupesh Shah  
2095 N. Batavia  
Orange, CA  92865

Invoice No.   807935  
Account No.  101660-0049  
Billing Atty.  Ronald Oines  
Date         May 14, 2018  
Page         1

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| Date | Attorney / Description | Hours |
|---|---|---|
| 04/02/18 | Kenneth Zielinski<br>Continue to supplement ████████ connection with MSI's opposition to motion to dismiss or, alternatively, transfer venue. | 2.40 |
| 04/03/18 | Kenneth Zielinski<br>Continue to ████████ and supplement opposition to motion to dismiss or, alternatively, transfer venue; telephone and email discussions with ████. | 3.80 |
| 04/04/18 | Mark Payne<br>Confer regarding ████████████████. | 0.40 |
| 04/04/18 | Kenneth Zielinski<br>Continue to supplement MSI's opposition to Defendants' motion to dismiss or alternatively, transfer venue; prepare for and participate in the 26(f) conference; telephone and email discussions with Defendants' counsel; prepare draft 26(f) conference report; continued follow-up with ████████ ████████; emails with ████████ ████████. | 3.80 |
| 04/05/18 | Kenneth Zielinski<br>Review ████████████████; continue to review ████████ and draft Mehta, Panchani, and Gorre declarations in support of MSI's opposition to Defendants' motion to dismiss or, alternatively transfer venue; prepare ████████ ████████. | 4.10 |
| 04/06/18 | Kenneth Zielinski | 3.90 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 7 - Page 26

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

May 14, 2018  
Invoice No. 807935  
Page No. 2

---

|       |       |       |
|---|---|---|
|  | Telephone and email discussions ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ continue to supplement declarations in support of MSI's opposition to motion to dismiss; draft declaration of K. Zielinski in support of opposition; continue to supplement memorandum of points and authorities in opposition to motion to dismiss. |  |
| 04/09/18 | Mark Payne<br>  Review opposition to motion to dismiss or transfer. | 1.20 |
| 04/09/18 | Kenneth Zielinski<br>  Finalize MSI's opposition, declarations, and exhibits in support re Defendants' motion to dismiss. | 1.70 |
| 04/11/18 | Kenneth Zielinski<br>  Continue to supplement Joint 26(f) Report; prepare Exhibit A to Joint 26(f) Report. | 0.60 |
| 04/13/18 | Mark Payne<br>  Confer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 1.10 |
| 04/13/18 | Kenneth Zielinski<br>  Continued follow-up with Defendants' counsel re motion to dismiss matters; confer with M. Payne ▓▓▓▓; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in response to Defendants' counsel's request for evidentiary hearing. | 0.60 |
| 04/16/18 | Kenneth Zielinski<br>  Continued follow-up with Defendants' counsel re Motion to Dismiss and 26(f) joint report matters. | 0.30 |
| 04/17/18 | Kenneth Zielinski<br>  Continued follow-up with Defendants' counsel re joint 26(f) report matters; continue to supplement joint report re same. | 0.80 |
| 04/18/18 | Kenneth Zielinski<br>  Attend to matters re joint 26(f) report and Defendants' motion to dismiss; prepare stipulated protective order. | 1.30 |
| 04/23/18 | Mark Payne<br>  Confer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.40 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 7 - Page 27**

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

May 14, 2018  
Invoice No. 807935  
Page No. 3

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 04/23/18 | Kenneth Zielinski<br>Prepare for and telephone discussion ▮▮▮; confer with M. Payne ▮▮▮; attend to matters re upcoming hearing on motion to dismiss. | 0.90 |
| 04/24/18 | Kenneth Zielinski<br>Confer with M. Payne ▮▮▮; continue to supplement draft protective order; follow-up with Defendants' counsel re same. | 0.90 |
| 04/27/18 | Kenneth Zielinski<br>Prepare for upcoming hearing on Defendants' motion to dismiss; review Court's tentative re same; emails with Defendants' counsel re hearing matters. | 1.20 |
| 04/30/18 | Mark Payne<br>Prepare for and attend initial scheduling conference and hearing on defendant's motion to dismiss, and follow-up discussions with opposing counsel regarding discovery and defendants' preservation of electronically stored information. | 3.00 |
| 04/30/18 | Kenneth Zielinski<br>Continue to prepare for and attend hearing on Defendants' motion to dismiss or transfer venue; confer with M. Payne ▮▮▮; attend to post-hearing matters re scheduling conference; confer with ▮▮▮ prepare status update to client ▮▮▮ coordinate matters re stipulated protective order. | 4.40 |

Total Hours 36.80  
Total Professional Services $15,909.50

DISBURSEMENTS AND COSTS ADVANCED

Messenger Services 30.50

Total Disbursements $30.50

---

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 7 - Page 28**

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  May 14, 2018
Patel and Shah  Invoice No. 807935
101660-0049  Page No. 4

| | |
|---|---:|
| Total Current Fees and Costs | $15,940.00 |
| Previous Balance Due | 6,935.50 |
| Payments and Adjustments | (6,935.50) |
| Prior Balance Due | $0.00 |
| Total Balance Due | $15,940.00 |

## ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $15,940.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 7 - Page 29