TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.     810157
Account No.    101660 - 0049
Billing Atty.    Ronald Oines
Date              June 11, 2018

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:
    Professional Fees      $    7,100.50
    Disbursements and Costs Advanced      20.79
**Fees and Costs Due This Invoice**      **$    7,121.29**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 8 - Page 30

**TAXPAYERS ACCOUNT**
**NO 95-3519027**

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

| | |
|---|---|
| Invoice No. | 810157 |
| Account No. | 101660 - 0049 |
| Billing Atty. | Ronald Oines |
| Date | June 11, 2018 |

RE: Patel and Shah

## REMITTANCE COPY

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:
|   |   |   |
|---|---|---|
| Professional Fees | $ | 7,100.50 |
| Disbursements and Costs Advanced | | 20.79 |
| **Fees and Costs Due This Invoice** | **$** | **7,121.29** |

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 8 - Page 31

| TAXPAYERS ACCOUNT | **RUTAN & TUCKER, LLP** |
|---|---|
| NO 95-3519027 | ATTORNEYS AT LAW |

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.　　　　　　　　　　　Invoice No.　　810157
Rupesh Shah　　　　　　　　　　　　　　　　Account No.　　101660-0049
2095 N. Batavia　　　　　　　　　　　　　　Billing Atty.　 Ronald Oines
Orange, CA  92865　　　　　　　　　　　　 Date　　　　　 June 11, 2018
　　　　　　　　　　　　　　　　　　　　　　Page　　　　　 1

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2018

| | | |
|---|---|---|
| 05/01/18 | Kenneth Zielinski | 0.40 |
| | Continued follow-up with Patel's and Shah's counsel re forensic imaging of computers and/or other electronic devices and Century Marble & Granite matters. | |
| 05/02/18 | Kenneth Zielinski | 1.80 |
| | Continued follow-up with Defendants' counsel re Century Marble & Granite and computer inspection matters; confer with ▮▮▮▮▮▮▮▮▮▮▮; review protective order entered by Court; attend to matters re Court's revisions to the same; coordinate preparation of requests for production to Patel and Shah; attend to matters re MSI's 26(a) disclosures; review Court's scheduling order. | |
| 05/07/18 | Kenneth Zielinski | 0.10 |
| | Continued follow-up with Patel's and Shah's counsel re Century Marble and Granite subpoena matters. | |
| 05/08/18 | Kenneth Zielinski | 0.50 |
| | Review ▮▮▮▮ and prepare MSI's 26(a) initial disclosures. | |
| 05/09/18 | Kenneth Zielinski | 0.90 |
| | Continue to review ▮▮▮▮ and supplement MSI's 26(a) initial disclosures. | |
| 05/10/18 | Kenneth Zielinski | 1.70 |
| | Continue to ▮▮▮▮▮▮▮▮▮▮▮; continue to supplement MSI's initial disclosures; review ▮▮▮▮▮▮▮▮ | |
| 05/11/18 | Kenneth Zielinski | 0.10 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 8 - Page 32

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

| | |
|---|---|
| M S International, Inc.<br>Patel and Shah<br>101660-0049 | June 11, 2018<br>Invoice No. 810157<br>Page No. 2 |

        Continued follow-up with Raj re evidentiary matters.

05/14/18    Kenneth Zielinski    1.80
    Supplement requests for production of documents to Century Marble and Granite; prepare requests for production to Patel and Shah..

05/15/18    Kenneth Zielinski    3.10
    Review information ▌ follow-up with ▌ continue to supplement request for production to Century Marble & Granite; continue to supplement MSI's 26(a) initial disclosures; review ▌ and ▌ in connection with supplementing MSI's 26(a) disclosures; continue to supplement requests for production to Patel and Shah.

05/17/18    Kenneth Zielinski    0.30
    Review notice of appearance; review ▌ relative to defendants' responsive pleading matters.

05/18/18    Mark Payne    0.20
    Confer regarding ▌

05/18/18    Kenneth Zielinski    0.70
    Continue to supplement MSI's initial disclosures; follow-up with ▌; review notice of deficiency from Court re Defendants' filing; confer with M. Payne ▌

05/20/18    Kenneth Zielinski    0.30
    Supplement MSI's initial disclosures ▌; follow-up with client ▌

05/21/18    Mark Payne    0.60
    Review and comment on ▌ review and comment on ▌

05/21/18    Kenneth Zielinski    0.80
    Attend to matters re Century Marble & Granite subpoena; review public records re same; follow-up with ▌ re Century Marble & Granite; confer with ▌ re subpoena matters; coordinate preparation of attorneys' eyes only exhibit to initial disclosures.

05/21/18    Dennis R Nakata (PA)    0.40

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 8 - Page 33**

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  June 11, 2018
Patel and Shah  Invoice No. 810157
101660-0049  Page No. 3

---

| | | |
|---|---|---|
| | Draft Notices to Consumer re Century Mable and Granite subpoena; edit subpoena thereof. | |
| 05/22/18 | Kenneth Zielinski | 2.40 |
| | Continue to supplement subpoena and accompanying documents to Century Marble and Granite; email with ▓ ▓▓▓▓▓▓▓▓▓ coordinate matters re subpoena on Century Marble and Granite; continue to supplement written discovery to Defendants including special interrogatories and requests for production. | |
| 05/23/18 | Mark Payne | 0.30 |
| | Review and revise special interrogatories to defendants ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 05/24/18 | Kenneth Zielinski | 0.20 |
| | Attend to matters re MSI's initial disclosures. | |
| 05/29/18 | Kenneth Zielinski | 0.10 |
| | Attend to matters re subpoena on Century Marble & Granite. | |
| 05/31/18 | Kenneth Zielinski | 0.70 |
| | Continue to ▓▓▓▓▓▓▓▓▓▓▓▓ re entry of default; prepare request for entry of default against defendants; prepare declaration in support. | |

| | | |
|---|---:|---:|
| Total Hours | 17.40 | |
| Total Professional Services | | $7,100.50 |

DISBURSEMENTS AND COSTS ADVANCED

| | |
|---|---:|
| Duplication | 0.38 |
| Mileage | 4.91 |
| Court Run | 13.00 |
| Parking Fees | 2.50 |
| Total Disbursements | $20.79 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 8 - Page 34**

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.     June 11, 2018
Patel and Shah     Invoice No. 810157
101660-0049     Page No. 4

| | |
|---|---|
| Total Current Fees and Costs | $7,121.29 |
| Previous Balance Due | 15,940.00 |
| Payments and Adjustments | (15,940.00) |
| Prior Balance Due | $0.00 |
| Total Balance Due | $7,121.29 |

### ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $7,121.29 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 8 - Page 35**