**TAXPAYERS ACCOUNT**
**NO 95-3519027**

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.    812857
Account No.    101660 - 0049
Billing Atty.  Ronald Oines
Date           July 11, 2018

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:
  Professional Fees                              $    6,031.00
  Disbursements and Costs Advanced                      625.50
  **Fees and Costs Due This Invoice**           **$    6,656.50**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 9 - Page 36

**TAXPAYERS ACCOUNT**
**NO 95-3519027**

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.     812857
Account No.    101660 - 0049
Billing Atty.     Ronald Oines
Date               July 11, 2018

RE: Patel and Shah

**REMITTANCE COPY**

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:
    Professional Fees                                                    $       6,031.00
    Disbursements and Costs Advanced                                625.50
**Fees and Costs Due This Invoice**                              **$       6,656.50**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 9 - Page 37**

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.    812857
Account No.   101660-0049
Billing Atty.    Ronald Oines
Date              July 11, 2018
Page             1

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2018

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/01/18 | Mark Payne | Confer regarding ▮▮▮, and follow-up regarding same. | 0.30 |
| 06/01/18 | Kenneth Zielinski | Continue to supplement request for entry of default and declaration in support; review ▮▮▮ in connection with the same; draft meet and confer letter to Defendants' counsel re failure to serve initial disclosures. | 1.60 |
| 06/04/18 | Mark Payne | Correspondence with opposing counsel regarding defendants' default and confer regarding case status and next steps. | 0.30 |
| 06/04/18 | Kenneth Zielinski | Email with Patel's and Shah's counsel re default; confer with M. Payne ▮▮▮. | 0.20 |
| 06/05/18 | Mark Payne | Correspondence with opposing counsel regarding default and possible stipulated judgment. | 0.20 |
| 06/05/18 | Kenneth Zielinski | Provide status update to ▮▮▮ emails with ▮▮▮ | 0.60 |
| 06/11/18 | Mark Payne | Confer regarding ▮▮▮ review and revise ▮▮▮ | 0.70 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 9 - Page 38

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

July 11, 2018  
Invoice No. 812857  
Page No. 2

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 06/11/18 | Kenneth Zielinski<br>Review ▓▓▓ and prepare ▓▓▓ confer with M. Payne re ▓▓▓ review ▓▓▓ re default judgments in connection with preparing MSI's motion and in response to inquiry from Defendants' counsel. | 3.50 |
| 06/13/18 | Kenneth Zielinski<br>Review letter from Century Marble & Granite's counsel re MSI's subpoena; review ▓▓▓ in connection with the same; confer with M. Payne re ▓▓▓ follow-up with CM&G's counsel re letter. | 1.10 |
| 06/15/18 | Mark Payne<br>Confer ▓▓▓ | 0.30 |
| 06/18/18 | Kenneth Zielinski<br>Telephone and email follow-up with ▓▓▓ supplement ▓▓▓ in connection with same; attend to matters re application for default judgment. | 1.00 |
| 06/19/18 | Kenneth Zielinski<br>Attend to matters re MSI's application for default judgment. | 0.30 |
| 06/20/18 | Kenneth Zielinski<br>Continue to supplement MSI's motion for default judgment against Defendants. | 0.90 |
| 06/22/18 | Kenneth Zielinski<br>Review order re substitution of counsel re defendants. | 0.10 |
| 06/26/18 | Kenneth Zielinski<br>Attend to matters re subpoena served on Century Marble & Granite; telephone discussion with Century Marble & Granite; review ▓▓▓ re same. | 0.70 |
| 06/27/18 | Kenneth Zielinski<br>Review ▓▓▓ in connection with preparing MSI's motion for default judgment; continue to supplement motion for default judgment. | 1.60 |
| 06/28/18 | Kenneth Zielinski<br>Continue to supplement motion for default judgment. | 0.40 |
| 06/29/18 | Kenneth Zielinski | 0.40 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you.  
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 9 - Page 39**

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

July 11, 2018  
Invoice No. 812857  
Page No. 3

Attend to matters re subpoena served Century Marble & Granite; preliminarily review ▮▮▮▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| Total Hours | 14.20 | |
| Total Professional Services | | $6,031.00 |

DISBURSEMENTS AND COSTS ADVANCED

| | |
|---|---|
| Messenger Services | 30.50 |
| Process Service | 595.00 |
| Total Disbursements | $625.50 |

| | | |
|---|---|---|
| Total Current Fees and Costs | | $6,656.50 |
| Previous Balance Due | 7,121.29 | |
| Payments and Adjustments | (7,121.29) | |
| Prior Balance Due | | $0.00 |
| Total Balance Due | | $6,656.50 |

**ACCOUNTS RECEIVABLE**

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $6,656.50 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 9 - Page 40