TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP

ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

| | |
|---|---|
| Invoice No. | 816665 |
| Account No. | 101660 - 0049 |
| Billing Atty. | Ronald Oines |
| Date | August 23, 2018 |

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:

| | | |
|---|---|---:|
| Professional Fees | $ | 6,216.00 |
| **Fees and Costs Due This Invoice** | **$** | **6,216.00** |

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 10 - Page 41**

**TAXPAYERS ACCOUNT**
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

| | |
|---|---|
| Invoice No. | 816665 |
| Account No. | 101660 - 0049 |
| Billing Atty. | Ronald Oines |
| Date | August 23, 2018 |

RE: Patel and Shah

## REMITTANCE COPY

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:

| | | |
|---|---|---|
| Professional Fees | $ | 6,216.00 |
| **Fees and Costs Due This Invoice** | **$** | **6,216.00** |

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 10 - Page 42**

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| M S International, Inc. | Invoice No.   816665 |
| Rupesh Shah | Account No.   101660-0049 |
| 2095 N. Batavia | Billing Atty.   Ronald Oines |
| Orange, CA  92865 | Date   August 23, 2018 |
| | Page   1 |

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2018

| | | |
|---|---|---|
| 07/11/18 | Seth Ort<br>Research ███████████████ ███████ in litigation. | 0.80 |
| 07/12/18 | Seth Ort<br>Research ████████████████ in motion for default judgment. | 0.80 |
| 07/13/18 | Kenneth Zielinski<br>Attend to matters re motion for default judgment against Patel and Shah. | 0.20 |
| 07/16/18 | Seth Ort<br>Draft motion for default judgment. | 4.50 |
| 07/20/18 | Seth Ort<br>Continue to draft motion for default judgment. | 3.50 |
| 07/24/18 | Seth Ort<br>Review and revise motion for default judgment, and draft declarations of client and attorney in support of same. | 2.50 |
| 07/24/18 | Kenneth Zielinski<br>Attend to matters re preparing MSI's motion for default judgment; emails with ███████ ; prepare meet and confer letter to counsel for Century Marble and Granite re subpoena. | 1.40 |
| 07/25/18 | Kenneth Zielinski<br>Continue to attend to meet and confer matters re Century Marble and Granite. | 0.50 |
| 07/31/18 | Kenneth Zielinski<br>Review ████████ and confer with ███████████ | 0.30 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 10 - Page 43**

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.                                                        August 23, 2018
Patel and Shah                                                      Invoice No. 816665
101660-0049                                                                    Page No. 2

███████████████████████

| 07/31/18 | Seth Ort | | 2.50 |
| | Review and revise declarations in support of motion for default judgment. | | |

|  | Total Hours | 17.00 |
|  | Total Professional Services | $6,216.00 |

| Total Current Fees | | $6,216.00 |
| Previous Balance Due | 6,656.50 | |
| Payments and Adjustments | (6,656.50) | |
| Prior Balance Due | | $0.00 |
| Total Balance Due | | $6,216.00 |

## ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $6,216.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 10 - Page 44**