**TAXPAYERS ACCOUNT**
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| M S International, Inc.<br>Rupesh Shah<br>2095 N. Batavia<br>Orange, CA  92865 | Invoice No.   818217<br>Account No.  101660 - 0049<br>Billing Atty.  Ronald Oines<br>Date          September 14, 2018 |

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:

| | |
|---|---:|
| Professional Fees | $ 13,538.50 |
| Disbursements and Costs Advanced | 203.03 |
| **Fees and Costs Due This Invoice** | **$ 13,741.53** |

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 11 - Page 45

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.    818217
Account No.    101660 - 0049
Billing Atty.  Ronald Oines
Date           September 14, 2018

RE: Patel and Shah

## REMITTANCE COPY

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:
    Professional Fees      $    13,538.50
    Disbursements and Costs Advanced      203.03
**Fees and Costs Due This Invoice**      $    **13,741.53**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 11 - Page 46

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.  
Rupesh Shah  
2095 N. Batavia  
Orange, CA  92865

Invoice No.   818217  
Account No.   101660-0049  
Billing Atty.   Ronald Oines  
Date   September 14, 2018  
Page   1

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2018

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/06/18 | Mark Payne | Review draft motion for entry of default judgment. | 1.00 |
| 08/07/18 | Mark Payne | Review ▓▓▓ | 1.50 |
| 08/07/18 | Kenneth Zielinski | Review ▓▓▓ and follow-up with counsel for Century Marble and Granite, LLC re subpoena; confer with M. Payne ▓▓▓ | 0.30 |
| 08/08/18 | Seth Ort | Further correspond with ▓▓▓ | 0.20 |
| 08/08/18 | Seth Ort | Further review and revise application for default and review potential for submitting further documentation under seal. | 2.10 |
| 08/08/18 | Kenneth Zielinski | Continued follow-up with counsel for Century Marble and Granite re subpoena matters. | 0.10 |
| 08/09/18 | Mark Payne | Confer regarding ▓▓▓; review ▓▓▓ | 0.80 |
| 08/09/18 | Seth Ort | Draft application to submit evidence under seal in support of application for default judgment, and review and revise motion for default judgment. | 2.80 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 11 - Page 47

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049  

September 14, 2018  
Invoice No. 818217  
Page No. 2  

---

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/09/18 | Kenneth Zielinski | Continued follow-up with counsel for Century Marble and Granite re subpoena meet and confer matters. | 0.10 |
| 08/10/18 | Seth Ort | Correspond with client regarding measure of damages for motion for default. | 0.30 |
| 08/10/18 | Kenneth Zielinski | Review Patel and Shah's initial disclosures. | 0.20 |
| 08/10/18 | Mark Payne | Review and comment on ▇▇▇▇▇▇ | 1.30 |
| 08/13/18 | Mark Payne | Confer regarding ▇▇▇ teleconference with ▇▇▇ | 0.60 |
| 08/13/18 | Seth Ort | Research ▇▇▇ and correspond with ▇▇▇ | 2.10 |
| 08/13/18 | Kenneth Zielinski | Continued follow-up with counsel for Century Marble and Granite re subpoena. | 1.00 |
| 08/14/18 | Seth Ort | Review and revise declaration ▇▇▇ | 2.10 |
| 08/14/18 | Mark Payne | Continued preparation of motion for default judgment, and advise ▇▇▇ | 0.60 |
| 08/15/18 | Mark Payne | Continued preparation of motion for default judgment, ▇▇▇ | 1.30 |
| 08/15/18 | Seth Ort |  | 0.60 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 11 - Page 48

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

September 14, 2018  
Invoice No. 818217  
Page No. 3

---

|  |  |  |
|---|---|---|
|  | Review and revise ▇▇▇▇▇▇ in support of motion for default judgment and correspond with ▇▇ ▇▇▇▇▇▇ |  |
| 08/20/18 | Mark Payne | 0.70 |
|  | Teleconference with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |  |
| 08/20/18 | Seth Ort | 0.30 |
|  | Review and revise declaration ▇▇▇▇▇▇▇▇▇▇▇▇ |  |
| 08/22/18 | Kenneth Zielinski | 0.10 |
|  | Continued follow-up with counsel for Century Marble & Granite. |  |
| 08/23/18 | Kenneth Zielinski | 0.10 |
|  | Continued follow-up with counsel for Century Marble and Granite re subpoena matters. |  |
| 08/28/18 | Kenneth Zielinski | 0.10 |
|  | Continued follow-up with counsel for Century Marble & Granite. |  |
| 08/29/18 | Kenneth Zielinski | 0.20 |
|  | Continued follow-up with counsel for Century Marble and Granite re subpoena matters. |  |
| 08/29/18 | Seth Ort | 2.10 |
|  | Review and analyze ▇▇▇▇▇▇ correspond ▇▇▇▇▇▇▇▇▇▇▇▇, and review and revise ▇▇▇▇▇▇▇▇▇▇▇▇ |  |
| 08/30/18 | Kenneth Zielinski | 0.10 |
|  | Continued follow-up with counsel for Century Marble and Granite re subpoena. |  |
| 08/30/18 | Kenneth Zielinski | 0.30 |
|  | Review declaration in support of motion for default judgment; confer with S. Ort re same. |  |
| 08/30/18 | Seth Ort | 0.30 |
|  | Correspond with opposing counsel regarding filing documents under seal. |  |
| 08/30/18 | Dennis R Nakata (PA) | 1.00 |
|  | Review exhibits and prepare for filing under seal with |  |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 11 - Page 49

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  September 14, 2018
Patel and Shah  Invoice No. 818217
101660-0049  Page No. 4

---

|  |  |  |
|---|---|---|
|  | Court. |  |
| 08/31/18 | Kenneth Zielinski | 1.10 |
|  | Attend to matters re MSI's motion for default judgment; confer with S. Ort ▆▆▆▆; review ▆▆▆▆▆ and supplement declaration in support of motion for default judgment. |  |
| 08/31/18 | Seth Ort | 4.10 |
|  | Review and analyze Plaintiff's motion for setting aside default, and review, revise, and finalize application for default. |  |
| 08/31/18 | Seth Ort | 0.20 |
|  | Correspond with ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |  |
| 08/31/18 | Dennis R Nakata (PA) | 4.70 |
|  | Prepare exhibits to Application for Default Judgment; ▆▆▆▆▆▆▆▆▆▆ prepare documents for filing and service; assist with filing thereof. |  |

|  |  |
|---|---|
| Total Hours | 34.40 |
| Total Professional Services | $13,538.50 |

DISBURSEMENTS AND COSTS ADVANCED

|  |  |
|---|---|
| Duplication | 159.03 |
| Text Editing | 44.00 |
| Total Disbursements | $203.03 |

|  |  |  |
|---|---|---|
| Total Current Fees and Costs |  | $13,741.53 |
| Previous Balance Due | 6,216.00 |  |
| Payments and Adjustments | (6,216.00) |  |
| Prior Balance Due |  | $0.00 |
| Total Balance Due |  | $13,741.53 |

---

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 11 - Page 50

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

September 14, 2018  
Invoice No. 818217  
Page No. 5

## ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $13,741.53 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 11 - Page 51