**TAXPAYERS ACCOUNT**
**NO 95-3519027**

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| M S International, Inc.<br>Rupesh Shah<br>2095 N. Batavia<br>Orange, CA  92865 | Invoice No.   820035<br>Account No.   101660 - 0049<br>Billing Atty.   Ronald Oines<br>Date          October 4, 2018 |

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:
    Professional Fees      $    5,289.50
    Disbursements and Costs Advanced      247.12
**Fees and Costs Due This Invoice**      **$    5,536.62**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 12 - Page 52

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

**TAXPAYERS ACCOUNT**
**NO 95-3519027**

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

| | |
|---|---|
| Invoice No. | 820035 |
| Account No. | 101660 - 0049 |
| Billing Atty. | Ronald Oines |
| Date | October 4, 2018 |

RE: Patel and Shah

**REMITTANCE COPY**

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:

| | | |
|---|---:|---:|
| Professional Fees | $ | 5,289.50 |
| Disbursements and Costs Advanced | | 247.12 |
| **Fees and Costs Due This Invoice** | **$** | **5,536.62** |

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 12 - Page 53

| TAXPAYERS ACCOUNT NO 95-3519027 | **RUTAN & TUCKER, LLP**<br>ATTORNEYS AT LAW |
|---|---|

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.
Rupesh Shah
2095 N. Batavia
Orange, CA  92865

Invoice No.   820035
Account No.   101660-0049
Billing Atty.   Ronald Oines
Date            October 4, 2018
Page            1

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2018

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/30/18 | Mark Payne | Review and comment on ▮▮▮▮ | 0.40 |
| 08/31/18 | Mark Payne | Confer ▮▮▮▮ | 0.40 |
| 09/05/18 | Kenneth Zielinski | Confer with S. Ort re ▮▮▮▮ | 0.20 |
| 09/05/18 | Seth Ort | Draft opposition to Defendants' motion to set aside default judgment. | 7.10 |
| 09/06/18 | Kenneth Zielinski | Confer with S. Ort re ▮▮▮▮ | 0.20 |
| 09/06/18 | Mark Payne | Review and comment on ▮▮▮▮ | 0.50 |
| 09/07/18 | Kenneth Zielinski | Review ▮▮▮ re ▮▮▮ in support of MSI's opposition to motion to set aside default; review opposition and confer with S. Ort ▮▮▮ | 0.50 |
| 09/10/18 | Kenneth Zielinski | Supplement and finalize MSI's opposition to motion to vacate default judgment. | 3.10 |
| 09/11/18 | Kenneth Zielinski | Provide status update to ▮▮▮▮ | 0.30 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 12 - Page 54

RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

October 4, 2018  
Invoice No. 820035  
Page No. 2

|            |                                                                                                                                   |       |
|------------|-----------------------------------------------------------------------------------------------------------------------------------|-------|
|            | ▇▇▇▇▇▇▇▇▇▇ attend to matters re notice of non-opposition.                                                                         |       |
| 09/18/18   | Kenneth Zielinski<br>   Attend to matters re upcoming hearing on MSI's application for default judgment.                          | 0.30  |
| 09/20/18   | Kenneth Zielinski<br>   Attend to matters re substitution of counsel re M. Payne.                                                 | 0.10  |
| 09/24/18   | Kenneth Zielinski<br>   Review Court notice re continuance of hearing application for default judgment; provide status update to ▇▇▇▇▇▇. | 0.20  |

|                                |          |
|--------------------------------|---------:|
| Total Hours                    | 13.30    |
| Total Professional Services    | $5,289.50 |

DISBURSEMENTS AND COSTS ADVANCED

| Duplication        | 62.32 |
|--------------------|------:|
| Messenger Services | 61.00 |
| Express Mail       | 63.80 |
| Text Editing       | 60.00 |

| Total Disbursements | $247.12 |
|---------------------|--------:|

| Total Current Fees and Costs |              | $5,536.62 |
|------------------------------|-------------:|----------:|
| Previous Balance Due         | 13,741.53    |           |
| Payments and Adjustments     | (13,741.53)  |           |
| Prior Balance Due            |              | $0.00     |
| Total Balance Due            |              | $5,536.62 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.  
An additional statement covering such disbursements will be furnished to you.  
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,  
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 12 - Page 55

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

| | |
|---|---|
| M S International, Inc. | October 4, 2018 |
| Patel and Shah | Invoice No. 820035 |
| 101660-0049 | Page No. 3 |

## ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---|---|---|---|---|
| $5,536.62 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 12 - Page 56**