**TAXPAYERS ACCOUNT**
**NO 95-3519027**

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| | |
|---|---|
| M S International, Inc.<br>Rupesh Shah<br>2095 N. Batavia<br>Orange, CA  92865 | Invoice No.     822324<br>Account No.    101660 - 0049<br>Billing Atty.     Ronald Oines<br>Date                November 1, 2018 |

RE: Patel and Shah

## INVOICE SUMMARY

CURRENT INVOICE SUMMARY:
    Professional Fees                                       $   13,014.50
    Disbursements and Costs Advanced                  65.00
**Fees and Costs Due This Invoice**                 **$   13,079.50**

**Wire Instructions**

Union Bank, N.A.
18300 Von Karman
Irvine, CA 92612
ABA #: 122000496
Swift Code: BOFCUS33MPK
Account Number: 0630133009
Account Name: Rutan & Tucker LLP
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 13 - Page 57

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

M S International, Inc.  
Rupesh Shah  
2095 N. Batavia  
Orange, CA  92865

Invoice No.    822324  
Account No.    101660 - 0049  
Billing Atty.  Ronald Oines  
Date           November 1, 2018

RE: Patel and Shah

## REMITTANCE COPY

*** PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE ***

CURRENT INVOICE SUMMARY:
| | |
|---|---|
| Professional Fees | $ 13,014.50 |
| Disbursements and Costs Advanced | 65.00 |
| **Fees and Costs Due This Invoice** | **$ 13,079.50** |

**Wire Instructions**

Union Bank, N.A.  
18300 Von Karman  
Irvine, CA 92612  
ABA #: 122000496  
Swift Code: BOFCUS33MPK  
Account Number: 0630133009  
Account Name: Rutan & Tucker LLP  
Reference: Please refer to the invoice number listed above.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**Exhibit 13 - Page 58**

| TAXPAYERS ACCOUNT | **RUTAN & TUCKER, LLP** |
|---|---|
| NO 95-3519027 | ATTORNEYS AT LAW |

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

611 ANTON BOULEVARD SUITE 1400
POST OFFICE BOX 1950
COSTA MESA, CALIFORNIA 92628-1950
(714) 641-5100

| M S International, Inc. | Invoice No. | 822324 |
|---|---|---|
| Rupesh Shah | Account No. | 101660-0049 |
| 2095 N. Batavia | Billing Atty. | Ronald Oines |
| Orange, CA 92865 | Date | November 1, 2018 |
| | Page | 1 |

RE: Patel and Shah

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2018

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/18 | Kenneth Zielinski | Email with Defendants' counsel re hearing matters. | 0.10 |
| 10/03/18 | Kenneth Zielinski | Continued follow-up with client re ▊▊▊▊▊▊ matters; follow-up with Defendants' counsel re request for continuance matters. | 0.20 |
| 10/08/18 | Kenneth Zielinski | Continued follow-up with Defendants' counsel re request to continue hearing on application for default judgment. | 0.10 |
| 10/09/18 | Kenneth Zielinski | Continued follow-up with Defendants' counsel re MSI's application for default judgment; confer with B. Sinclair ▊▊▊▊. | 0.20 |
| 10/12/18 | Kenneth Zielinski | Review Judge Selna's 30-page tentative ruling re: (1) Defendants' motion to set aside default and (2) MSI's application for default judgment; review file materials in connection with same; follow-up with H. Kamadar re ▊▊▊▊; telephone discussion with R. Shah re ▊▊▊▊; prepare for October 15, 2018 hearing. | 4.00 |
| 10/13/18 | Brian Sinclair | Review order from court, and strategize regarding providing further information regarding causation. | 0.40 |
| 10/14/18 | Kenneth Zielinski | Review and analyze ▊▊▊▊ in preparation for October 15 hearing; continue to prepare for hearing; confer with B. Sinclair ▊▊▊. | 1.40 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 13 - Page 59

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

November 1, 2018  
Invoice No. 822324  
Page No. 2

---

| | | |
|---|---|---:|
| 10/15/18 | Brian Sinclair | 0.20 |
| | Confer regarding ▮▮▮▮. | |
| 10/15/18 | Kenneth Zielinski | 4.60 |
| | Continue to prepare for hearing on MSI's motion for default; follow-up with client ▮▮▮▮; ▮▮▮▮ re MSI's requests for attorneys' fees; attend hearing on behalf MSI. | |
| 10/16/18 | Kenneth Zielinski | 0.30 |
| | Review ▮▮▮▮; follow-up with client re ▮▮▮▮. | |
| 10/19/18 | Kenneth Zielinski | 0.10 |
| | Follow-up with client re ▮▮▮▮. | |
| 10/22/18 | Brian Sinclair | 0.20 |
| | Review and analyze ▮▮▮▮. | |
| 10/22/18 | James Bresnen (O) | 0.80 |
| | Edit ▮▮▮▮. | |
| 10/22/18 | Kenneth Zielinski | 1.90 |
| | Continued follow-up with client re ▮▮▮▮; confer with B. Sinclair ▮▮▮▮; confer with J. Bresnen ▮▮▮▮. | |
| 10/23/18 | Kenneth Zielinski | 0.30 |
| | Telephone discussion with H. Kamdar re ▮▮▮▮; confer with B. Sinclair ▮▮▮▮. | |
| 10/26/18 | Kenneth Zielinski | 2.10 |
| | Review ▮▮▮▮; follow-up with client ▮▮▮▮. | |
| 10/27/18 | Kenneth Zielinski | 0.10 |
| | Continued follow-up with ▮▮▮▮; provide status update to client ▮▮▮▮. | |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 13 - Page 60

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

M S International, Inc.  
Patel and Shah  
101660-0049

November 1, 2018  
Invoice No. 822324  
Page No. 3

---

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 10/29/18 | Brian Sinclair<br>Review and revise attorneys' fee request documentation. | 0.30 |
| 10/29/18 | Kenneth Zielinski<br>Continued follow-up with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; telephone discussion with H. Kamdar re ▓▓▓▓ prepare application to file supplemental declarations under seal; review and redact invoices in support of MSI's request for attorneys' fees; supplement ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 4.10 |
| 10/30/18 | Brian Sinclair<br>Review and revise declarations in support of supplemental submission to court to support entry of judgment. | 0.90 |
| 10/30/18 | Dennis R Nakata (PA)<br>Redact spreadsheet in preparation for filing. | 0.10 |
| 10/30/18 | Kenneth Zielinski<br>Continued follow-up with S. Gorre re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; multiple telephone discussions with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; draft customer declarations in support of MSI; follow-up with ▓▓▓▓▓▓▓▓▓▓; continue to supplement declaration of R. Shah; confer with B. Sinclair ▓▓▓▓; continue to supplement ▓▓▓▓▓▓▓▓▓▓▓▓▓; confer with litigation support re ▓▓▓▓▓▓▓▓▓▓▓. | 5.40 |
| 10/31/18 | Brian Sinclair<br>Review and revise declarations in support of default judgment, and confer ▓▓▓▓▓▓▓▓. | 0.90 |
| 10/31/18 | Kenneth Zielinski<br>Continued follow-up with S. Gorre re ▓▓▓▓▓▓▓▓; supplement exhibits in support of MSI's application for default judgment; supplement declaration in support of request for attorneys' fees and costs; continue to confer with litigation support re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; redact MSI customer declarations in support of default judgment; prepare exhibits for filing. | 3.20 |
| 10/31/18 | Dennis R Nakata (PA)<br>Continue redacting and preparing exhibits per the | 0.70 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

Exhibit 13 - Page 61

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

| | |
|---|---|
| M S International, Inc. | November 1, 2018 |
| Patel and Shah | Invoice No. 822324 |
| 101660-0049 | Page No. 4 |

request of Kenneth Zielinski.

| | | |
|---|---:|---:|
| Total Hours | 32.60 | |
| Total Professional Services | | $13,014.50 |

DISBURSEMENTS AND COSTS ADVANCED

| | |
|---|---:|
| Messenger Services | 61.00 |
| Text Editing | 4.00 |
| Total Disbursements | $65.00 |

| | | |
|---|---:|---:|
| Total Current Fees and Costs | | $13,079.50 |
| Previous Balance Due | 5,536.62 | |
| Payments and Adjustments | (5,536.62) | |
| Prior Balance Due | | $0.00 |
| Total Balance Due | | $13,079.50 |

## ACCOUNTS RECEIVABLE

| 0 - 30 DAYS | 31- 60 DAYS | 61 - 90 DAYS | 91 - 180 DAYS | OVER 180 |
|---:|---:|---:|---:|---:|
| $13,079.50 | $0.00 | $0.00 | $0.00 | $0.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

Exhibit 13 - Page 62