Brian C. Sinclair (State Bar No. 180145)
bsinclair@rutan.com
Kenneth J. Zielinski (State Bar No. 258555)
kzielinski@rutan.com
Seth Ort (State Bar No. 286357)
sort@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiff
M S INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M S INTERNATIONAL, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRAMOD PATEL, an individual, ANKIT SHAH, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:18-cv-00152-JVS-JPR<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT** |

**PLEASE TAKE NOTICE** that pursuant to L.R. 5-4.4.1, Plaintiff M S INTERNATIONAL INC. hereby lodges a [Proposed] Judgment pursuant to the Order Granting in Part and Denying in Part Plaintiff's Application for Default Judgment and Denying Defendants' Motion to Set Aside Entry of Default (Dkt. No. 60), entered on November 26, 2018.

Dated:  November 29, 2018

RUTAN & TUCKER, LLP
BRIAN C. SINCLAIR
KENNETH J. ZIELINSKI
SETH ORT

By:   /s/ Kenneth J. Zielinski
   Kenneth J. Zielinski
   Attorneys for Plaintiff
   M S INTERNATIONAL INC.

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
13134342.1 a11/29/18

-1-

Case No. 8:18-cv-00152-JVS-JPR
NOTICE OF LODGING
[PROPOSED] JUDGMENT