Brian C. Sinclair (State Bar No. 180145)
bsinclair@rutan.com
Kenneth J. Zielinski (State Bar No. 258555)
kzielinski@rutan.com
Seth Ort (State Bar No. 286357)
sort@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
M S INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M S INTERNATIONAL, INC., an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRAMOD PATEL, an individual, ANKIT SHAH, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV 18-00152 JVS (JPRx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF M S INTERNATIONAL INC. AND AGAINST DEFENDANTS PRAMOD PATEL AND ANKIT SHAH** |

On November 26, 2018, the Court issued its Order in favor of Plaintiff M S International Inc. ("MSI") and against Defendants Pramod Patel and Ankit Shah, granting MSI's application for default judgment.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is entered in favor of MSI and against Defendants Pramod Patel and Ankit Shah, jointly and severally, in the total amount of $2,210,238.30, on each and every of the following causes of action:

   (a) misappropriation of trade secrets in violation of the DTSA, 18 U.S.C. § 1836(b);

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
13125462.3 a11/29/18

-1-

Case No. 8:18-cv-00152-JVS-JPR
[PROPOSED] JUDGMENT

      (b)    violation of California Penal Code § 502;

      (c)    violation of California Penal Code § 496;

      (d)    fraud and deceit; and

      (e)    violation of the UCL, Cal. Bus. & Prof. Code §§ 17200, et seq.

2. Judgment in the amount of $2,210,238.30 on each and every of the foregoing causes of action is comprised of the following amounts:

      (a)    $77,712.11 in pre-judgment interest;

      (b)    $2,049,550.32 in damages;

      (c)    $80,434.50 in attorneys' fees; and

      (d)    $2,541.37 in costs.

3. Defendants Pramod Patel and Ankit Shah, and all persons or entities acting in concert with them, are permanently enjoined from directly or indirectly:

      (a)    Obtaining, using, or disclosing any of MSI's customer or vendor lists; customer information or preferences; pricing data; product information or sourcing; contract details; information relating to pricing, sales, margin, profitability, discounts, or credit terms; sources of material; or information relating to market competitors (MSI's "Trade Secrets") or other data belonging to MSI, for any purpose whatsoever;

      (b)    Accessing, retrieving, copying, deleting, destroying, altering, or disseminating any hard or electronic copies of MSI's Trade Secrets, data, or documents; and

      (c)    Using or disclosing MSI's Trade Secrets to solicit or accept business from MSI's customers.

4. Defendants Pramod Patel and Ankit Shah, and all persons or entities acting in concert with them, are further ordered to:

      (a)    return all of MSI's Trade Secrets and other MSI property in their possession, custody, or control, and

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
13125462.3 a11/29/18

-2-

Case No. 8:18-cv-00152-JVS-JPR
[PROPOSED] JUDGMENT

1      (b)    deliver to MSI for destruction any and all merchandise or other items in their possession, custody, or control that would otherwise violate the injunction.

Dated: _____

THE HONORABLE JAMES V. SELNA
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA

Rutan & Tucker, LLP
attorneys at law

2669/101660-0049
13125462.3 a11/29/18

-3-

Case No.  8:18-cv-00152-JVS-JPR
[PROPOSED] JUDGMENT